# EXHIBIT A

## CITATION SMALL CLAIMS

### NO 20-NSC03-0082

| | | |
|---|---|---|
| Peter Egwurube | * | IN THE JUSTICE COURT |
| **Plaintiff** | * | PRECINCT 3 |
| VS. | * | |
| Capital One Bank by serving | * | GALVESTON COUNTY, TEXAS |
| Richard Fairbank, CEO | | |
| **Defendant** | * | |

### THE STATE OF TEXAS

TO: **Capital One Bank by serving Richard Fairbank, CEO, P.O. Box 30281, Salt Lake City, UT 84130. Upon whom service of process may be had by serving The Secretary of State for The State of Texas, P.O. Box 12079, Austin, TX 78711-2079**, DEFENDANT in the hereinafter-styled and numbered cause:

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

The nature of Plaintiff's demands are: Small Claims as evidence in the copy of Plaintiff's petition attached hereto.

This citation is issued pursuant to a petition filed by the above-named plaintiff on this the 17th day of August, 2020. The plaintiff's attorney's name and address, are No Known Address, or the plaintiff's address (if they have no attorney), are 3848 Armand Drive Dickinson TX 77539. Your answer may be filed with this court, located at 600 59th Street, 1st Floor, Galveston, TX 77551.

Upon timely request and payment of jury fee of $22.00 no later than fourteen days before the appearance date state above, the matter will be heard by a jury.

**IF YOU, THE DEFENDANT, FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED FOR THE RELIEF DEMANDED IN THE PETITION.**

ISSUED this the 8/17/2020.

Rosie Sifuentes
Court Clerk, Pct. 3
Galveston County, Texas

CASE NO. 20-NSC03-0082

| | | |
|---|---|---|
| Peter Egwurube | * | IN THE JUSTICE COURT |
| **Plaintiff** | * | PRECINCT 3 |
| VS. | * | |
| Capital One Bank by serving Richard Fairbank, CEO | * | GALVESTON COUNTY, TEXAS |
| **Defendant** | * | |

## OFFICER'S RETURN

Received the above and foregoing citation issued in Case No. 20-NSC03-0082, entitled: Peter Egwurube vs. Capital One Bank by serving Richard Fairbank, CEO, issued by Justice Court, Precinct 3, Galveston County, Texas, on the _____ day of _____, A.D., 20_____, at _____ o'clock, _____.M., and

[ ]   Executed by me on _____ day of _____, A.D., 20_____ at _____ o'clock _____.M. by delivering to _____, Defendant, a true copy of this citation together with the accompanying copy of the complaint/petition, together with an endorsement on such copy of citation the date of delivery, at the following location: _____, _____, Texas the same being Defendant's usual place of abode.

[ ]   Service was attempted as follows: Date and Manner of Attempted Service: _____

[ ]   Other manner of service: By delivering a true copy of this citation together with the accompanying copy of the complaint/petition, together with an endorsement on such copy of citation the date of delivery, to _____, at the following location: _____, Galveston, Texas the same being Defendant's usual place of adobe.

[ ]   Not served: Not served for the following reason: _____

Fees:
Serving …..Copy….$_____
Mileage…………..$_____
Total……………..$_____

[ ] Constable           [ ] Deputy Constable
Precinct _____
_____ County, Texas

TRCP Rule 501.2(b) Method of Service. Citation must be served by: (1) delivering a copy of the citation with copy of the petition attached to the Defendant in person or mailing a copy of the citation with a copy of the petition attached to the defendant by registered or certified mail, restricted deliver, with return receipt or electronic return receipt requested.
TRCP Rule 501.2(e) Alternative Service of Citation. Plaintiff, Constable, Sheriff, Process server or other person authorized to service process may make a request for alternative service.

***Please return this citation to:*** **600 59th Street, 1st Floor, Galveston, TX 77551**



# The State of Texas
## Secretary of State



2020-320175-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation Small Claims; Small Claims Original Petition in the cause styled:

Peter Egwurube VS Capital One Bank by serving Richard Fairbank, CEO
Justice Court Precinct 3 Galveston County, Texas
Cause No: 20NSC030082

was received by this office on August 24, 2020, and that a copy was forwarded on August 27, 2020, by CERTIFIED MAIL, return receipt requested to:

Capital One Bank
c/o Richard Fairbank, CEO
P. O. Box 30281
Salt Lake City, UT 84130

The RETURN RECEIPT was received in this office dated September 2, 2020, bearing signature.

Date issued: September 3, 2020

Ruth R. Hughs
Secretary of State
GF/mo